398

ion filed May 26, 1948; released for publication June 10, 1948. James Percival Pio, for appellant; James W. Cotter, for appellees. Opinion by JUSTICE KILEY. **Not to be published in full.**

## People of State of Illinois, Defendant in Error, v. Pearl Harrison, Plaintiff in Error.

### Gen. No. 44,317.

opinion filed May 26, 1948; released for publication June 10, 1948. W. G. Anderson, for plaintiff in error; George F. Barrett, Attorney General, for defendant in error; William J. Tuohy, State's Attorney, Edward E. Wilson, John T. Gallagher, W. S. Miroslawski and Melvin S. Rembe, Assistant State's Attorneys, of counsel. Opinion by JUSTICE KILEY. **Not to be published in full.**